PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

May 3, 2022

**VIA ECF**

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

Re: Watson v. New York City Economic Development Corporation et al.;
Case No. 1:22-cv-01660-JGK

Your Honor:

We represent Defendants New York City Economic Development Corporation ("NYCEDC") and Hester Muis ("Muis") (collectively "Defendants") in the above-referenced matter. We write to inform the Court that the undersigned has agreed to accept service of the Summons and Complaint on behalf of Defendant Muis. Defendant NYCEDC was previously served on or about March 24, 2022, and its deadline to answer is currently May 13, 2022 [Dkt. 8-9]. Counsel for Plaintiff Jerald Watson ("Plaintiff"), Amanda Slutsky, Esq., has consented to extend both Defendants' deadline to answer, move or otherwise respond to the Complaint through and including June 6, 2022. Thus, we respectfully request that the Court grant both Defendants this extension.

We also write to respectfully request an adjournment of the Initial Conference, currently scheduled for May 10, 2022 at 3 PM, to a date after June 6, 2022. We request the adjournment because we believe it would be more productive for the Court and the parties to hold the Initial Conference after Defendants have answered the Complaint. Ms. Slutsky has also consented to this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Lisia Leon

Lisia Leon

Cc: All Counsel (via ECF and electronic mail)

---

Handwritten annotation by the Court:

Time to respond to the Complaint extended to 6/6/2022. May 10, 2022 conference is cancelled. Parties should submit a Rule 26(f) report by 6/20/2022. So ordered.

/s/ JGK  5/3/22
U.S.D.J.