UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

JERALD WATSON,

            Plaintiff,

  - against -

NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION, ET AL.,

           Defendants.
---

22-cv-1660 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    A conference is scheduled for June 29, 2022, at 10:00 a.m.

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          June 24, 2022

                                       John G. Koeltl
                                  United States District Judge